UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


SHERRIE M. SWEENEY,                    )
                                       )
                                       )
v.                                     )        No.  2:15-CV-202
                                       )
CAROLYN W. COLVIN,                     )
Acting Commissioner of Social Security )

ORDER

After consideration of the Report and Recommendation of the United States Magistrate

Judge, [Doc. 26], concerning plaintiff's motion for attorney's fees, [Doc. 22], under 28 United

States Code section 2412(d)(1)(A).  No objections to the Report and Recommendation were

filed.   It is hereby ORDERED that the Report and Recommendation is ADOPTED and

APPROVED and that the plaintiff's motion, [Doc. 22], is GRANTED.  Accordingly, it is hereby

ORDERED fees in the amount of $1,825.00 and expenses in the amount of $20.88 be awarded.

ENTER:


                                      _____
                                             s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE